UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEYELLA CREW, AN INDIVIDUAL; CHRISTOPHER CREW, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., A NATIONAL BANK; NDEX WEST, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 13-00620-VAP (OPx)<br><br>**JUDGMENT AS TO DEFENDANT WELLS FARGO** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Wells Fargo.  The Court orders that such judgment be entered.


Dated: June 3, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge