**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-00620-VAP (OPx)                                    Date:  May 30, 2014

Title:   CLEYELLA CREW, AN INDIVIDUAL; CHRISTOPHER CREW, AN INDIVIDUAL -v- WELLS FARGO BANK, N.A., A NATIONAL BANK, et al.
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Marva Dillard                                          None Present
       Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

       None                                          None

PROCEEDINGS:      ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE
                  TO PROSECUTE (IN CHAMBERS)

       On June 3, 2013, the Court dismissed claims against Defendant Wells Fargo Bank brought by Plaintiffs Cleyella and Christopher Crew for failure to oppose a motion to dismiss.  (Doc. Nos. 13, 14.)  Since then, Plaintiffs have failed to prosecute their remaining claims against Defendant NDEX West, L.L.C.

MINUTES FORM 11                                       Initials of Deputy Clerk ___md____
CIVIL -- GEN                             Page 1

EDCV 13-00620-VAP (OPx)
CLEYELLA CREW, AN INDIVIDUAL; CHRISTOPHER CREW, AN INDIVIDUAL v. WELLS FARGO BANK, N.A., A NATIONAL BANK, et al.
MINUTE ORDER of May 30, 2014

Accordingly, the Court ORDERS Plaintiffs to show cause in writing, not later than June 6, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**