JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEYELLA CREW, AN INDIVIDUAL; CHRISTOPHER CREW, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> v. <br><br> ~~WELLS FARGO BANK, N.A., A NATIONAL BANK~~; NDEX WEST, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 13-00620-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant NDEX West, L.C.C.  The Court orders that such judgment be entered.

Dated:  June 16, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge